**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

August 4, 2010

Honorable Peter G. Sheridan
United States District Judge
Clarkson Fisher Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: United States v. Roland Sherman
Crim. No. 09-511 (PGS)

*So Ordered*
*Peter G Sheridan*
*8/18/10*

Dear Judge Sheridan:

Mr. Sherman filed a *Pro se* Motion in the above matter which was filed by the Clerk on June 7, 2010. The Motion requests certain documents and leave to proceed *In forma pauperis*. Please be advised that Mr. Sherman is currently represented by this office by Order of the Court of Appeals. Therefore, his Motion to proceed *In forma paperis* seems to be moot. As to the documents requested, Mr. Sherman has been mailed a copy of all requested documents to the extent they exist.

Respectfully,

Kevin F. Carlucci
Assistant Federal Public Defender
Counsel for Roland Sherman